**Plaintiff:**

Qinghsheng Liu (508-208-2268)

23 Howell St. Apt3, Dorchester, MA 02125

**Defendant:**

06 CA 11471 WGY

1. George W. Bush and Condoleezza Rice (1-800-279-1227) The White House, The White House, c/o McJesus Ventures, LLC, 111 Special Interest Blvd. Penthouse A, Washington, DC 20004 USA

MAGISTRATE JUDGE RBC

2. Tom Reilly (617- 727-2200), The Attorney General Office, McCormack Building, One Ashburton Place, Boston, MA 02108

AMOUNT $___ CASH
SUMMONS ISSUED ___
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK ___
DATE 8/21/06

3. Mitt Romney and Lt. Governor Kerry Healey, The Governor Office (617-725-4005), State house, Boston, MA02133

4. Henry M. Paulson (202) 622-2000, Main Treasury 1500 Pennsylvania Ave. NW, Washington, DC 20220

5. Comptroller of the Currency
John C. Dugan, Washington, DC 20219

6. Melinda Goodnight and MS. Elle (1-800-613-6743), Customer Assistance Group, 1301 Mckinney Street, Suite 3450, Houston, Texas 77010-9050

7. The Massachusetts Commission Against Discrimination, Chairwoman Dorcai. Gomez; Commissioner Cynthina A. Tucker ),

<u>McCormack</u> Building, One Ashburton Place, Boston, MA 02108

I, the plaintiff, am one of those people who pops eyes out and tongues fall on the ground for "golden American dreams". I always heard and saw that in other countries people shed blood fighting for so called "American style freedom". While we stayed at homeland a little frustration or unhappiness, we would think "in USA things could be different". American styles are so popular that even people who speak English in the sentence will be considered as higher class; For government officials who are proponent for reforms, USA is must a shinning example for them, whenever they open mouths; We thought that we are far left behind by USA; We even abandoned a lot of our ancient culture to accept American culture; Those officials hearts beat like drums when they misconduct, because they thought their counterpart in USA are not the same. People so admire the media system in USA, because it like sun, which will light darkness and reveal truth in front of world's eyes; The heroes fight for people the justice and freedom in Hollywood movies enforce the world's confidence for America; We always insist that our people are not enjoy the real freedom and perfect democratic is in this nation; young people and talents spend and even borrow thousands of money to learn English in order to have possibility to come to this country. America ambassadors are the busiest compare to other countries'. We thought that once we got the

visa, we would step into heaven and join the family which everyone is equal and fair, without discrimination. We believe that Americans are so kind that pets are also treated as families. We believed that as far as we work hard, "doors of sesame" always opens for me here. That is why that I sacrificed a lot and come here. However since I came into this country, I have fallen into a "hell" instead of heaven, due to tortures from your medical system, law system, government system, and financial system.

I really don't like to give up hope for "American Dream", give up hope for USA, but the hideous truth taught me a big lesson. Everything is far cry from the "dream" and a lot of things are no better than other countries. There isn't any hero in USA as in fake movies, but a lot of bullies from different departments who forbid victim from access to justice. These cowards even broke criminal law to cover others' crimes. In order to shut me up, use all sorts of gangster's measures to scare me. After their boss knew what happened. His employees did again same criminal again and ganged up to set me up, trying to send me to arrest me to shut me up (this guy could be your governor).

Your officials who have small hearts prefer revenge and can not stand others to be smarter than Americans. I told them that my case is a fight between justice and evil, not between two races or two countries. They don't understand that only way to help them and help USA is let me win. That is way whatever your officials did to cover crimes; your officials can be forced in

corner by me. Through this case, a lot of your officials fell into a big hole and they become darker and darker, in spite of my kindness suggestions. Just through this case I found out how week this country is. And I have to tell you the truth, this compliant is a going-on test too. You people never understand I am in a position never losing.

In your so called perfect and strongest financial system, Physical assaults, lying, default, defame, steal evidence and ganging up with some of the government officials to cover their crimes are normal things in this nation. They could not manage even a smooth merge. Your financial system management is so bad that could not handle a compliant.

I think I don't need to mention anything about your Medical system. It was because of me that you could find out its problems. I helped USA saved trillions of dollars. However what you gave me? Your officials are a group of people without honor.

They even don't know who to deal with a per se and don't bother to do anything for victim. They are so badly managed that for months they even didn't have time to look at your cases. They are so lazy and most of them are so fat that could hardly move. They are addict for gossips and evil ear talks. They are so stupid and totally don't care for work. They even could not figure out what you are talking about. They are too shallow and easy to get angry. Employees are exact mirror for their boss.

When I knee down in front of the government no one cared. Some one passing by told me that in USA this is nothing. I wonder what are happening in this country. Some journalists passed by, did not say anything or did anything. I stopped many of them, but no one could help me.

I am a person with gifted talent and I hoped that I can do something for this country before. However these officials' behaviors made me hate this country. It is a shame that you couldn't use the person like and made standing opposite this nation. However unqualified stupid officials and bureaucrats stuff in this government. I gave them many changes to correct their mistakes. Even teach them how to deal me. But hey still could not figure out that I am not the person for them to look down upon. The replies and the reason they gave for rules were unbelievable stupid (I rather hope it was intentional). These departments let criminals once again and again change the replies to make their lies perfect, after I showed them how stupid their answers were. The government misconducts and criminal behaviors caused me lost a lot evidences.

This country doesn't have any human rights, media freedom, fair, justice and honor. The top bureaucrats are remains in positions. The only thing to recall these mummies is party fights and elections. Their employees, the mirror, are group of unqualified cowards who know only discriminate and harm victims. The departments I've been to are totally mass. They are so badly

managed that they even didn't mind to break law to cover for the criminals. They kicked me from department to another so as to shrug off their responsibilities and let things grow bigger in order to burn the counter-party nominator. And top bureaucrats are now running for governor, without any shame! Every single one department I've been to is a terrible disaster. Even if one department I've been to was good, I wouldn't lose my confidence to this country. Who is responsible for the mass in Mass government?! How many Big Dig happened, would Americans realize the serious.  How much letter did I write to them, how many times did I go there and asked for help. Is that true that Americans care more about pets than humans?!

What bad things happen in the world don't happen in here? Using all water in Pacific Ocean can not wash the dirt off US government; chopping down every tree in the world to make paper, could not fully record the sins of your officials.

Not mention about perfect democratic country, USA at most is a modern slavery united states. Your country laughed at other countries and criticized them as the moneys just came off trees. Ironically we find out that this country turns out to be the fluffiest ones.

How dare this country blame others for their democratic procedure; what kindness is that you blow people's heads off to grant them so called freedom; Don't you blush when criticize others for injustice.

People will wonder your purpose that this nation carries the torch of freedom and human rights for others, but in home step people's basic human rights and justice into dust. American culture is nothing but "people fooling" policy which fools its own people.

"Paper tiger" is most proper words for America. "American dream" is a Sand castle USA faked.
This country no longer deserves to be the world leader, and couldn't act as announcer for justice, human rights and freedom. It is not only your lousy foreign policies (Bush administration swing like monkey from one side to the other, just could not land on the right policy, though I gave him a lot of suggestions), but mostly also these dirty bureaucrats dragged America off its peak.

You ruined my American Dream, life and health; broke my confidence on USA; and you are all responsible for criminal and misconduct behaviors happened in US government. Therefore I claim 100 million dollars for compensation.

Plaintiff: Qingsheng Liu
Aug. 21 ,2006