UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>06cv11471-WGY</u>

Quinsheng Liu
Plaintiff

v.

George W. Bush et al
Defendant

## NOTICE OF DEFAULT

    Upon application of the Plaintiff, Quinsheng Liu, for an order of Default for failure of the Defendants, George W. Bush, Condoleezza Rice, Henry M. Paulson, John C. Dugan, Melinda Goodnight, and the United States of America, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted on February 28, 2007.

Sarah A. Thornton,
Clerk

By: /s/Matthew A. Paine
Deputy Clerk

Notice mailed to counsel of record and defendants.