UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
QUINSHENG LIU,                         )
                                       )
    Plaintiff,                         ) C.A. No. 06-cv-11471-WGY
                                       )
v.                                     )
                                       )
PRESIDENT GEORGE W. BUSH, ET AL        )
                                       )
    Defendants.                        )
_____ )

### UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR ORDER DISMISSING PLAINTIFF'S COMPLAINT

### INTRODUCTION

    The United States moves this Honorable Court to dismiss the Complaint with prejudice for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12 (b)(6). The Court has already allowed the Commonwealth of Massachusetts Defendants Thomas Reilly, Mitt Romney, Kerry Healey and the Massachusetts Commission Against Discrimination's Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12 (b)(6). Now the United States respectfully requests that the Court dismiss Plaintiff's Complaint against the remaining federal defendants.

### FACTS ALLEGED

    The Plaintiff's Complaint not only fails to state any discernable facts or allegations regarding any of the federal defendants but also contains bizarre and incomprehensible statements including: (1) "I, the plaintiff, am one of those people who pops eyes out and tongues fall on the ground for 'golden American dreams;'" (2) "I have fallen into a 'hell' instead of

heaven, due to tortures from your medical system, law system, government system, and financial system;" (3) "my case is a fight between justice and evil;" and (4) "This country doesn't have any human rights, media freedom, fair, justice and honor."  See Plaintiff's Complaint.  Plaintiff's Complaint is nothing more than a statement of his dissatisfaction with the United States of America.

Plaintiff makes no direct or specific allegations against any federal defendant, and fails to state any direct harm or injury he has suffered at the hands of the federal defendants.  Because Plaintiff has stated no factual or legal basis for his claim, his Complaint must fail under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

## ARGUMENT

To survive a motion to dismiss for failure to state a claim, a plaintiff must set forth "factual allegations, either direct or inferential, respecting each material element necessary to sustain recovery under some actionable legal theory."  Gooley v. Mobil Oil Corp., 851 F.2d 513, 515 (1st Cir. 1988).  Plaintiff has clearly failed to meet this requirement.  Plaintiff has merely set forth a seven page dissertation on the inadequacies and shortcomings of the United States, while failing to enumerate any specific allegations against any of the federal defendants.

In evaluating the sufficiency of a plaintiff's factual allegations, the court must take the well-pleaded factual allegations of the complaint as true and indulge every reasonable inference in plaintiff's favor.  Langadinos v. American Airlines, Inc., 199 F.3d 68, 69 (1st Cir. 2000).  The court need not, however, credit "bald assertions, periphrasatic circumlocutions, unsubstantiated conclusions, or outright vituperation."  Correa-Martinez v. Arrillaga-Belendez, 903 F.2d 49, 52 (1st Cir. 1990); Chongris v. Board of Appeals, 811 F.2d 36, 37 (1st Cir. 1987) (courts must "eschew any reliance on bald assertions, unsupported conclusions, and opprobrious epithet"),

cert. denied, 483 U.S. 1021 (1987). This case fits squarely within the framework of Chongris. Plaintiff has not stated any concrete or specific allegations against the federal defendants, and as such has failed to state a cause of action. Dismissal is proper only where, as here, "it appears beyond doubt that the plaintiff can prove no set of facts in support of [her] claim which would entitle [her] to relief.'" Judge v. City of Lowell, 160 F.3d 67, 72 (1st Cir. 1998)(quoting Conley v. Gibson, 355 U.S. 41, 45-46 (1957)). Dismissal is warranted in this case, as Plaintiff has not set forth any grounds upon which relief can be granted.

## CONCLUSION

For the foregoing reasons, the United States respectfully request this Honorable Court dismiss all claims against them.

                Respectfully submitted,

                UNITED STATES OF AMERICA
                By its attorneys

                MICHAEL J. SULLIVAN
                United States Attorney

By:   */s/Christopher Alberto*
       CHRISTOPHER ALBERTO
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
Dated: February 28, 2007      (617) 748-3100

## CERTIFICATE OF SERVICE

I, Christopher Alberto, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be mailed to Qingsheng Liu, 23 Howell Street, Apt. 3, Dorchester, MA 02125, by first class, postage prepaid

mail, on this date.

>*/s/ Christopher Alberto*
>CHRISTOPHER ALBERTO
>Assistant United States Attorney

Date: February 28, 2007